UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARIA C. GRIFFITH                              CIVIL ACTION

VERSUS                                         NO:  11-2401

STRATEGIC TECHNOLOGY                           UNITED STATES MAGISTRATE
INSTITUTE, INC.                                JUDGE KAREN WELLS ROBY

ORDER OF DISMISSAL

This matter is before the undersigned United States Magistrate Judge upon consent of the

parties pursuant to Title 28 U.S.C. § 636(c).  The Court having been advised by counsel for the

parties that all of the parties to this action have firmly agreed upon a settlement and compromise,

and that they need only execute releases and deliver funds in accordance with their agreement;

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice

to the right upon good cause shown, to reopen the action or to seek summary judgment enforcing

the compromise if it is not consummated.  With the consent of the parties, the court retains

jurisdiction over the settlement agreement for enforcement purposes.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED,**

**EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 8th day of May, 2013

KAREN WELLS ROBY
**UNITED STATES MAGISTRATE JUDGE**